

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,319-01

### EX PARTE PAIJE BERNADETTE WILLIAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 114-0261-13-A IN THE 114TH DISTRICT COURT FROM SMITH COUNTY

*Per curiam. Keasler, and Hervey, J.J., would deny.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to online solicitation of a minor, and was sentenced to two years' imprisonment. She did not appeal her conviction.

Applicant filed this application in the district court on March 18, 2014. In it, she does not set out any legal basis for habeas relief, but only describes the negative consequences of this conviction. However, it is clear from the record that Applicant pleaded guilty to an offense under Section 33.021(b) of the Texas Penal Code. After Applicant had pleaded guilty and began serving

her sentence for the offense, this Court held that Section 33.021(b) of the Texas Penal Code was facially unconstitutional, in *Ex parte Lo*, 2013 Tex. Crim. App. LEXIS 1594 (Tex. Crim. App. 2013).

Relief is granted. The judgment in Cause No. 114-0261-13 in the 114th District Court of Smith County is set aside. Applicant is remanded to the custody of the Sheriff of Smith County to answer the charges as set out in the indictment so that the indictment may be disposed of in accordance with this Court's opinion in *Ex parte Lo.* The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 4, 2014
Do not publish